# PD-1219-15

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO._____

JOHN FREDRICK ZEDLER,          §      THE 22nd JUDICIAL
          APPELLANT,
                               §      DISTRICT COURT
V.
THE STATE OF TEXAS,            §
          APPELLEE,            §      HAYS COUNTY, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 18 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
SEP 18 2015
Abel Acosta, Clerk

APPELLANT'S MOTION REQUESTING AN EXTENTION OF TIME
TO FILE HIS PETITION FOR DISCRETIONARY REVIEW (PDR)

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

John Fredrick Zedler, appellant in this cause moves this

Honorable to grant an additional (30)-days to file his petition

For Discretionary Review from the Third Court of Appeals affirm-

ing the trial court's decision in Cause No.CR-12-0771, and Appeal

No.03-00044-CR. The additional time is needed because of appell-

ant's limited knowledge of the law, and he need the time to find

someone to assist him in properly preparing the (PDR), Also within

the next two-weeks, the unit will be going on lock-down, which is

souething they do every six-months, and that will deny access to

any legal material, so appellant respectfully ask this court to

grant the requested time.

                              RESPECTFULLY SUBMITTED,

                              _John F. Zedler_____
                              JOHN F. ZEDLER


                    INMATE DECLERATION

I, John F. Zedler, being presently incarcerated in the Texas

Department of Criminal Justice, at the Polunsky Unit, Polk County

declare under penalty on this the _13_ day of September, 2015, that

the reasons stated here are true and correct.

                              _John F Zedler_____
                              JOHN F ZEDLER

(1)

CERTIFICATE OF SERVICE

I, John F. Zedler, certify that on this day the __13__ of September, 2015, that a true and correct copy of this foregoing motion was sent by First Class U.S. Mail to the Third Court Of Appeals.

JOHN F. ZEDLER

JOHN F. ZEDLER
TDCJ-ID NO.# 01902409
ALLEN POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351

(2)